UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 18-11815 |
| | ) | |
| JILL WIABEL, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **October 30, 2018,** I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

WiabelNFRCrtSrv

# SERVICE LIST
## JILL WIABEL, DEBTOR
### CASE NO. 18-11815

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Jill Wiabel
8814 Juniper Court
Tinley Park, IL 60487

TD Bank, USA
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Midland Funding, LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-070

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541-1067

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

|

WiabelTFRSrvList

1