**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Jill Wiabel | § | Case No. 18-11815 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 97,500.00<br>*(Without deducting any secured claims)* | Assets Exempt: 2,100.00 |
| Total Distributions to Claimants: 7,954.47 | Claims Discharged<br>Without Payment: 25,297.41 |
| Total Expenses of Administration: 9,545.53 | |

3) Total gross receipts of $ 17,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,545.53 | 9,545.53 | 9,545.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,354.00 | 19,979.88 | 19,979.88 | 7,954.47 |
| **TOTAL DISBURSEMENTS** | $ 29,354.00 | $ 29,525.41 | $ 29,525.41 | $ 17,500.00 |

4)  This case was originally filed under chapter 7 on 04/23/2018 . The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/14/2019           By:/s/STEVEN R. RADTKE
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8814 Juniper Court, Tinley Park, IL 60487 Cook County | 1110-000 | 17,500.00 |
| **TOTAL GROSS RECEIPTS** | | $ 17,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| STEVEN R. RADTKE | 2100-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 19.53 | 19.53 | 19.53 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 26.00 | 26.00 | 26.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 9,545.53 | $ 9,545.53 | $ 9,545.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 3,565.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 7,111.00 | NA | NA | 0.00 |
| | Discover Financial, Po Box 3025 New Albany, OH 43054 | | 9.00 | NA | NA | 0.00 |
| | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Po Box 956060 Orlando, FL 32896 | | 2,587.00 | NA | NA | 0.00 |
| | US Bank/Rms CC, Card Member Services Po Box 108 St Louis, MO 63166 | | 0.00 | NA | NA | 0.00 |
| 7 | Capital One, N.A. | 7100-000 | 3,680.00 | 4,468.32 | 4,468.32 | 1,778.95 |
| 9 | Department Stores National Bank | 7100-000 | 1,495.00 | 1,703.69 | 1,703.69 | 678.28 |
| 2 | Midland Funding, Llc | 7100-000 | 1,595.00 | 2,041.84 | 2,041.84 | 812.91 |
| 3 | Midland Funding, Llc | 7100-000 | 840.00 | 1,190.77 | 1,190.77 | 474.07 |
| 4 | Midland Funding, Llc | 7100-000 | 751.00 | 1,098.28 | 1,098.28 | 437.25 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Midland Funding, Llc | 7100-000 | 2,909.00 | 3,530.48 | 3,530.48 | 1,405.57 |
| 6 | Midland Funding, Llc | 7100-000 | 2,673.00 | 3,175.01 | 3,175.01 | 1,264.05 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | 1,068.00 | 1,418.64 | 1,418.64 | 564.79 |
| 1 | Td Bank, Usa | 7100-000 | 1,071.00 | 1,352.85 | 1,352.85 | 538.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 29,354.00 | $ 19,979.88 | $ 19,979.88 | $ 7,954.47 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 18-11815 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Jill Wiabel | | | Date Filed (f) or Converted (c): | 04/23/2018 (f) |
| | | | | 341(a) Meeting Date: | 06/11/2018 |
| For Period Ending: | 03/14/2019 | | | Claims Bar Date: | 09/28/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Used Books, Pictures, Livingroom, Kitchen And Bedroom Furnit | 600.00 | 0.00 | | 0.00 | FA |
| 2. Used Televisions | 200.00 | 0.00 | | 0.00 | FA |
| 3. Used Women And Childrens Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 4. Checking | 1,100.00 | 0.00 | | 0.00 | FA |
| 5. 8814 Juniper Court, Tinley Park, IL 60487 Cook County | 230,000.00 | 115,000.00 | | 17,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $232,100.00 | $115,000.00 | | $17,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2018 Filed objection to claim of exemption in 8814 Juniper Court, Tinley Park, IL; Trustee employed counsel

Initial Projected Date of Final Report (TFR): 12/31/2019 Current Projected Date of Final Report (TFR): 12/31/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-11815
Case Name: Jill Wiabel

Taxpayer ID No: XX-XXX7143
For Period Ending: 03/14/2019

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6487
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/18 | 5 | Willaim E. Wiabel Jr. | Settlement proceeds | 1110-000 | $17,500.00 | | $17,500.00 |
| 11/28/18 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2100-000 | | $2,500.00 | $15,000.00 |
| 11/28/18 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2200-000 | | $19.53 | $14,980.47 |
| 11/28/18 | 1003 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 3210-000 | | $7,000.00 | $7,980.47 |
| 11/28/18 | 1004 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 3220-000 | | $26.00 | $7,954.47 |
| 11/28/18 | 1005 | Td Bank, Usa By American Infosource Lp As Agent 4515 N Santa Fe Ave Oklahoma City, Ok 73118 | Final distribution to claim 1 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $538.60 | $7,415.87 |
| 11/28/18 | 1006 | Midland Funding, Llc Midland Credit Management, Inc. As Agent For Midland Funding, Llc Po Box 2011 Warren, Mi 48090 | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $812.91 | $6,602.96 |

Page Subtotals: $17,500.00 $10,897.04

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-11815
Case Name: Jill Wiabel
Taxpayer ID No: XX-XXX7143
For Period Ending: 03/14/2019

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6487
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/18 | 1007 | Midland Funding, Llc<br>Midland Credit Management, Inc. As Agent For<br>Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 3 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $474.07 | $6,128.89 |
| 11/28/18 | 1008 | Midland Funding, Llc<br>Midland Credit Management, Inc. As Agent For<br>Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 4 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $437.25 | $5,691.64 |
| 11/28/18 | 1009 | Midland Funding, Llc<br>Midland Credit Management, Inc. As Agent For<br>Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 5 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $1,405.57 | $4,286.07 |
| 11/28/18 | 1010 | Midland Funding, Llc<br>Midland Credit Management, Inc. As Agent For<br>Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 6 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $1,264.05 | $3,022.02 |
| 11/28/18 | 1011 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 7 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $1,778.95 | $1,243.07 |
| 11/28/18 | 1012 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank(Gap)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 8 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $564.79 | $678.28 |
| 11/28/18 | 1013 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Final distribution to claim 9 creditor account # debtor SS#<debtor ssn masked> representing a payment of 39.81 % per court order. | 7100-000 | | $678.28 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $0.00 | $6,602.96 |

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $17,500.00 | $17,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,500.00 | $17,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,500.00 | $17,500.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6487 - Checking | $17,500.00 | $17,500.00 | $0.00 |
|  | $17,500.00 | $17,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,500.00 |
| Total Gross Receipts: | $17,500.00 |

Page Subtotals:     $0.00     $0.00